OFFICE OF DISCIPLINARY COUNSEL *v.* LILE.

[Cite as Disciplinary Counsel *v.* Lile (1989), 44 Ohio St. 3d 604.]

(No. D.D. 86-35—Submitted June 28, 1989—Decided July 26, 1989.)

The application for reinstatement to the practice of law is granted. Levi William Lile is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1987], 30 Ohio St. 3d 5, 30 OBR 14, 505 N.E. 2d 955.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.